# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| OREGON-IDAHO UTILITIES, INC. and MEDIASNAP SOLUTIONS, LLC, | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | CIVIL ACTION FILE NO. 1:17-CV-03016-ELR ) ) |
| SKITTER CABLE TV, INC.; SKITTER, INC.; GALVA CABLE COMPANY, LLC; SOUTHEAST CONTENT GROUP, LLC; TBM CONTENT PARTNERS, LLC; and ROBERT SAUNDERS, | ) ) ) ) ) ) ) |
| Defendants. | ) |

## NOTICE OF SETTLEMENT

Plaintiffs Oregon-Idaho Utilities, Inc. and MediaSnap Solutions LLC and Defendants Skitter Cable TV, Inc., Skitter, Inc., Galva Cable Company, LLC, Southeast Content Group, LLC, TBM Content Partners, LLC, and Robert Saunders (collectively, the "Parties") hereby notify the Court of the settlement of this matter. Upon consummation of the settlement documents, the Parties will file a stipulation of dismissal.

.

Respectfully submitted, this 8th day of September, 2020.

| WOMBLE BOND DICKINSON (US) LLP | COPELAND, STAIR, KINGMA & LOVELL, LLP |
|---|---|
| By: */s/ Robert R. Ambler, Jr.*<br>Robert R. Ambler, Jr.<br>Georgia Bar No. 014462<br>James E. Connelly<br>Georgia Bar No. 181808<br>Brendan H. White<br>Georgia Bar No. 458315<br>271 17th Street, NW, Suite 2400<br>Atlanta, Georgia 30363-1017<br>Phone: (404) 872-7000<br>Bob.Ambler@wbd-us.com<br>James.Connelly@wbd-us.com<br>Brendan.White@wbd-us.com<br><br>Thomas Guy Hallam, Jr.<br>Kathryn Kristin Harstad<br>Strindberg & Scholnick, LLC<br>1516 W. Hays Street<br>Boise, ID 83702<br>Phone: (208) 336-1788<br>guy@idahojobjustice.com<br>kass@utahjobjustice.com<br><br>*Attorneys for Oregon-Idaho Utilities,*<br>*Inc. and MediaSnap Solutions, LLC* | By: */s/ John C. deMoulpied*<br>SHANNON M. SPRINKLE<br>Georgia Bar No.: 495095<br>JOHN C. deMOULPIED<br>Georgia Bar No. 812259<br>191 Peachtree Street, N.E.<br>Suite 3600<br>Atlanta, GA 30303<br>ssprinkle@cskl.law<br>jdemoulpied@cskl.law<br><br>*Attorneys for Defendants* |

2

**CERTIFICATE OF SERVICE AND TYPE SIZE COMPLIANCE**

Pursuant to Local Rule 5.1 and Standing Order No. 19-01, the undersigned hereby certifies that the foregoing **NOTICE OF SETTLEMENT** is prepared in Times New Roman, 14-point font, was filed with the Clerk of Court using the CM/ECF system, which will automatically provide notice to all attorneys of record by electronic means.

This 8th day of September, 2020.

      By:   */s/ Robert R. Ambler, Jr.*
              Robert R. Ambler, Jr.
              Georgia Bar No. 014462

WBD (US) 49026563v1