# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| OREGON-IDAHO UTILITIES INC., *an Oregon Corporation*, et al., | * * * | |
| Plaintiffs, | * * | |
| v. | * * | 1:17-CV-03016-ELR |
| SKITTER CABLE TV INC., *a Georgia Corporation*, et al., | * * * | |
| Defendants. | * * | |

## ORDER

On September 8, 2020, the Parties filed a Notice of Settlement indicating that they have reached a settlement in principle. [Doc. 167]. For good cause shown, the Court **DIRECTS** the Clerk to **ADMINISTRATIVELY CLOSE** this case. The Parties shall file a stipulation of dismissal upon finalization of the settlement documents. If settlement fails, the Parties should promptly move to reopen the case.

**SO ORDERED**, this 9th day of September, 2020.

*Eleanor L. Ross*
Eleanor L. Ross
United States District Judge
Northern District of Georgia