UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| OREGON-IDAHO UTILITIES INC and MEDIASNAP SOLUTIONS LLC,<br><br>        Plaintiffs,<br><br>vs.<br><br>SKITTER CABLE TV INC., SKITTER INC., GALVA CABLE CO. LLC, SOUTHEAST CONTENT GROUP LLC, TBM CONTENT PARTNERS LLC, KINGDOM TELEPHONE CO., and ROBERT SAUNDERS,<br><br>        Defendants. | CIVIL ACTION FILE<br><br>NO. 1:17-cv-03016-ELR |

## J U D G M E N T

This action having come before the court, Honorable Eleanor L. Ross, United States District Judge, for consideration of Defendant Kingdom Telephone Co.'s motion to dismiss, and the court having previously granted said motion on February 5, 2019, it is

**Ordered and Adjudged** that the action be, and the same hereby is, dismissed.

Dated at Atlanta, Georgia, this 10th day of September, 2020.

                                                    JAMES N. HATTEN
                                                    CLERK OF COURT

                                        By:   s/Jessica Kelley
                                                  Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
September 10, 2020
James N. Hatten
Clerk of Court

By:  s/Jessica Kelley
        Deputy Clerk