# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| OREGON-IDAHO UTILITIES, INC. and MEDIASNAP SOLUTIONS, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> SKITTER CABLE TV, INC.; SKITTER, INC.; GALVA CABLE COMPANY, LLC; SOUTHEAST CONTENT GROUP, LLC; TBM CONTENT PARTNERS, LLC; and ROBERT SAUNDERS, <br><br> Defendants. | CIVIL ACTION FILE <br> NO. 1:17-CV-03016-ELR |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Oregon-Idaho Utilities, Inc. and MediaSnap Solutions LLC (collectively, "Plaintiffs") and Defendants Skitter Cable TV, Inc., Skitter, Inc., Galva Cable Company, LLC, Southeast Content Group, LLC, TBM Content Partners, LLC, and Robert Saunders (collectively, "Defendants") hereby stipulate that this action, which includes Plaintiffs' claims against Defendants and Skitter Cable TV, Inc.'s counterclaim against Plaintiffs, shall be and the same is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii)

and Federal Rule of Civil Procedure 41(c). Each party shall bear their own costs and expenses of litigation.

Respectfully submitted, this 13th day of October, 2020.

| WOMBLE BOND DICKINSON (US) LLP | COPELAND, STAIR, KINGMA & LOVELL, LLP |
|---|---|
| By: */s/ Robert R. Ambler, Jr.*<br>Robert R. Ambler, Jr.<br>Georgia Bar No. 014462<br>James E. Connelly<br>Georgia Bar No. 181808<br>Brendan H. White<br>Georgia Bar No. 458315<br>271 17th Street, NW, Suite 2400<br>Atlanta, Georgia 30363-1017<br>Phone: (404) 872-7000<br>Bob.Ambler@wbd-us.com<br>James.Connelly@wbd-us.com<br>Brendan.White@wbd-us.com<br><br>Thomas Guy Hallam, Jr.<br>Kathryn Kristin Harstad<br>Strindberg & Scholnick, LLC<br>1516 W. Hays Street<br>Boise, ID 83702<br>Phone: (208) 336-1788<br>guy@idahojobjustice.com<br>kass@utahjobjustice.com<br><br>*Attorneys for Oregon-Idaho Utilities, Inc. and MediaSnap Solutions, LLC* | By: */s/ John C. deMoulpied*<br>SHANNON M. SPRINKLE<br>Georgia Bar No.: 495095<br>JOHN C. deMOULPIED<br>Georgia Bar No. 812259<br>191 Peachtree Street, N.E.<br>Suite 3600<br>Atlanta, GA  30303<br>ssprinkle@cskl.law<br>jdemoulpied@cskl.law<br><br>*Attorneys for Defendants* |

2

**CERTIFICATE OF SERVICE AND TYPE SIZE COMPLIANCE**

Pursuant to Local Rule 5.1 and Standing Order No. 19-01, the undersigned hereby certifies that the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** is prepared in Times New Roman, 14-point font, was filed with the Clerk of Court using the CM/ECF system, which will automatically provide notice to all attorneys of record by electronic means.

This 13th day of October, 2020.

By: */s/ Robert R. Ambler, Jr.*
Robert R. Ambler, Jr.
Georgia Bar No. 014462